IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL FORMOSA** | : CIVIL ACTION NO. 1:CV-05-2157 |
| | : |
| Plaintiff | : **(Chief Judge Kane)** |
| | : **(Magistrate Judge Mannion)** |
| v. | : |
| | : |
| **LINDA S. MCMAHON, Acting Commissioner** | : |
| of Social Security | : |
| Defendant | : |

## O R D E R

Before the Court in the above-captioned action is a January 12, 2007 report of the magistrate judge recommending that the plaintiff's appeal be denied. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Mannion.

2) The Plaintiff's appeal is **DENIED**.

3) The Clerk of Court shall close the file.

                                                  s/ Yvette Kane
                                                  YVETTE KANE, Chief Judge
                                                  United States District Judge

Dated: January 31, 2007